IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNA M STEPHENSON,

    Plaintiff,

v.                                        CASE NO. 1:09-cv-00221-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation, Doc. 11, regarding the Motion to Remand Filed by Michael J Astrue, Doc. 10. The Commissioner cannot locate the relevant file or tape of the administrative hearing, and requests a remand so that the record may be reconstructed or, in the alternative, that a new hearing be held to create a new record. Plaintiff does not object, and the Magistrate Judge agrees that is the appropriate course of action. Finding no error, it is accordingly

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 11, is ADOPTED and incorporated herein.

2.     Defendant's Motion to Remand, Doc. 10, is GRANTED.

3.     This cause is REMANDED to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further proceedings.

4.     The parties are directed to file a Status Report on or before April 15, 2010, advising the Court of the status of the administrative proceedings.

**DONE AND ORDERED** this   *11th* day of February, 2010

    *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge