IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNA STEPHENSON,

    Plaintiff,

vs.                                                                    1:09-cv-00221-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

    Pending before the Court is Defendant's Second Motion For Enlargement of Time. (Doc. 26.) Defendant requests a thirty day extension of time to file his response to Plaintiff's Memorandum. Pursuant to Local Rule 7.1, counsel certifies that Plaintiff's counsel does not object to the requested relief.

    Accordingly, upon due consideration, Defendant's Second Motion For Enlargement of Time (Doc. 26) is **GRANTED**. Defendant shall file his response memorandum by **January 19, 2011**.

    **DONE AND ORDERED** this 21ST day of December, 2010.

                                                      *s/ Gary R. Jones*
                                                      GARY R. JONES
                                                      United States Magistrate Judge